Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: ZABKA, ROBERT KEITH | § | Case No. 14-01298 |
| ZABKA, DEBRA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 16, 2014.  The undersigned trustee was appointed on January 16, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $    10,526.68

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 161.24 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 10,365.44 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/25/2014 and the deadline for filing governmental claims was 07/15/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,802.67. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,802.67, for a total compensation of $1,802.67.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/30/2015          By: /s/Ira Bodenstein
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-01298
**Case Name:** ZABKA, ROBERT KEITH
ZABKA, DEBRA
**Period Ending:** 07/30/15

**Trustee:** (330129)  Ira Bodenstein
**Filed (f) or Converted (c):** 01/16/14 (f)
**§341(a) Meeting Date:** 02/21/14
**Claims Bar Date:** 07/25/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | The US District Court, apparently have an equita<br>  Orig. Asset Memo: Orig. Description: The US District Court, apparently have an equitable, legal or future interest from ownership, interest in real estate held in Limited partnerships of limited partnership, in which Debtors have an interest. That ruling is on interest, appeal in the Seventh Circuit. Such interest, if any, are subject to the partnership agreements and/or, the operating agreements for each such, partnership. Such interests may also be subject to, the cliams of the Untied States as per judgments in, case 10-cv-1078 pending in the Central District of, Illinois. These partnerships are listed in Exhibit 1, attached hereto which lists the real estate, if any, owned by such partnership. Such partnerships are, also listed in Exhibit 3 which is the debtors', response to SOFA qustion #18. Such answers and, exhibits are incorporated herein by this reference.; Imported from original petition Doc# 20 | Unknown | 0.00 | | 0.00 | FA |
| 2 | one week time share interest in Colorado, Stream<br>  Orig. Asset Memo: Orig. Description: one week time share interest in Colorado, Streamside at Vail; owned jointly with Timothy Yow, (purchased in 1992 for $7500); Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 3 | Texas time share -- 1 week.The Lodge", Bay, Texa<br>  Orig. Asset Memo: Orig. Description: Texas time share -- 1 week.The Lodge", Bay, Texas; unit 104,; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 4 | Cash on Hand with Husband<br>  Orig. Asset Memo: Orig. Description: Cash on Hand with Husband; Imported from original petition Doc# 20; Exemption: Cash on Hand with Husband  -  Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Cash on Hand with Wife<br>  Orig. Asset Memo: Orig. Description: Cash on Hand with Wife; Imported from original petition Doc# 20; Exemption: Cash on Hand with Wife  -  Amount: | 100.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 14-01298 | **Trustee:** | (330129) | Ira Bodenstein |
| **Case Name:** | ZABKA, ROBERT KEITH | **Filed (f) or Converted (c):** | 01/16/14 (f) | |
| | ZABKA, DEBRA | **§341(a) Meeting Date:** | 02/21/14 | |
| **Period Ending:** | 07/30/15 | **Claims Bar Date:** | 07/25/14 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
|   100.00 | | | | | |
| 6    Checking Account at First Federal Savings & Loan Orig. Asset Memo: Orig. Description: Checking Account at First Federal Savings & Loan/800 West Lincoln Avenue/Charleston, IL 61920; Imported from original petition Doc# 20; Exemption: Checking Account at First Federal Savings & 61920  -  Amount: 55.00 | 55.00 | 0.00 | | 0.00 | FA |
| 7    Checking Account at Bank of America/ 13101 Cicer Orig. Asset Memo: Orig. Description: Checking Account at Bank of America/ 13101 Cicero Ave.,Crestwood IL; Imported from original petition Doc# 20; Exemption: Checking Account at Bank of America/ 13101 Household Goods and Furnishings  -  Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 8    Miscellaneous Household Goods and Furnishings in Orig. Asset Memo: Orig. Description: Miscellaneous Household Goods and Furnishings including three couches, one bookcase, three ottomans, four chairs, three tables, one lamp, one television, one stereo, one VCR/DVD, three plant stands, three artificial plants, one dining room table and eight chairs, one lamp, two china closets, nic nacs, silverware, one plant stand, one lamp table, one chest, one set of glasses, three beds, one rollaway bed, four chairs, one dresser, three chests, two desks, five mirrors, four lamps, four bedside stands, four televisions, three VCR/DVDs, tanning bed, three folding table, miscellaneous, one kitchen table and six chairs, two microwaves, two refrigerators, one deep freezer, one washing machine, one dryer, one stove, one set of dishes, one set of cookware, one TV and DVD and stand, one desk, one bookshelf, one plant stand, one computer, one radio, two bookcases, two chairs, one game table, two sewing machines, two vacuums, one iron, one copy machine, one set of tools, one lawn mower, one espresso maker, five pieces of luggage, four file | 7,800.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-01298  
**Case Name:** ZABKA, ROBERT KEITH  
ZABKA, DEBRA  
**Period Ending:** 07/30/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 01/16/14 (f)  
**§341(a) Meeting Date:** 02/21/14  
**Claims Bar Date:** 07/25/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | cabinets, three wood cabinets, one black cabinet, five mirrors, one cookbook, two cell phones located at 18302 Chief Road/Charleston, IL 61920 located at 5309 West 137th Place/Crestwood, IL 60445; Imported from original petition Doc# 20; Exemption: Miscellaneous Household Goods and Furnishings including three couches, one bookcase, three ottomans, four chairs, three tables, one lamp, one television, one stereo, one VCR/DVD, three plant stands, three artificial plants, one dining room table and eight chairs, one lamp, two china closets, nic nacs, silverware, one plant stand, one lamp table, one chest, one set of glasses, three beds, one rollaway bed, four chairs, one dresser, three chests, two desks, five mirrors, four lamps, four bedside stands, four televisions, three VCR/DVDs, tanning bed, three folding table, miscellaneous, one kitchen table and six chairs, two microwaves, two refrigerators, one deep freezer, one washing machine, one dryer, one stove, one set of dishes, one set of cookware, one TV and DVD and stand, one desk, one bookshelf, one plant stand, one computer, one radio, two bookcases, two chairs, one game table, two sewing machines, two vacuums, one iron, one copy machine, one set of tools, one lawn mower, one espresso maker, five pieces of luggage, four file cabinets, three wood cabinets, one black cabinet, five mirrors, one cookbook, two cell phones located at 18302 Chief Road/Charleston, IL 61920 located at 5309 West 137th Place/Crestwood, IL 60445  -  Amount: 5585.00 |  |  |  |  |  |
| 9 | Miscellaneous Wearing Apparel and accessories fo<br>    Orig. Asset Memo: Orig. Description: Miscellaneous Wearing Apparel and accessories for one male adult and one female adult located at 5309 West 137th Place, Crestwood, Illinois.; Imported from original petition Doc# 20; Exemption: Miscellaneous Wearing Apparel and accessories for one male adult and one female adult located at 5309 West 137th Place, Furs | 750.00 | 0.00 |  | 0.00 | FA |

Exhibit A

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-01298  
**Case Name:** ZABKA, ROBERT KEITH  
ZABKA, DEBRA  
**Period Ending:** 07/30/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 01/16/14 (f)  
**§341(a) Meeting Date:** 02/21/14  
**Claims Bar Date:** 07/25/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| and Jewelry - Amount: 750.00 | | | | | |
| 10  Miscellaneous Costume jewelry located at 18515 C<br>  Orig. Asset Memo: Orig. Description: Miscellaneous Costume jewelry located at 18515 Chief Road, Charleston, Illinois; Imported from original petition Doc# 20; Exemption: Miscellaneous Costume jewelry located at 18515 Chief Road, Charleston, Illinois Firearms and Sports, Photographic and Other Hobby Equipment - Amount: 650.00 | 650.00 | 0.00 | | 0.00 | FA |
| 11  1 12 Guage pump shotgun, one crossbow and 1 .22<br>  Orig. Asset Memo: Orig. Description: 1 12 Guage pump shotgun, one crossbow and 1 .22 bolt action rifle, two bikes and one camera located at 18515 Chief Road, Charleston, Illinois; Imported from original petition Doc# 20; Exemption: 1 12 Guage pump shotgun, one crossbow and 1 .22 bolt action rifle, two bikes and one camera located at 18515 Chief Road, Charleston, Illinois - Amount: 410.00 | 410.00 | 0.00 | | 0.00 | FA |
| 12  Term Life Insurance Policy - wife is beneficiary<br>  Orig. Asset Memo: Orig. Description: Term Life Insurance Policy - wife is beneficiary; death benefit $500,000; NCV; Phoenix Life Insurance; Imported from original petition Doc# 20 | Unknown | 0.00 | | 0.00 | FA |
| 13  500 shares of Mile Stones Midwest, Inc.<br>  Orig. Asset Memo: Orig. Description: 500 shares of Mile Stones Midwest, Inc.; Imported from original petition Doc# 20; Exemption: 500 shares of Mile Stones Midwest, Inc. - Amount: 500.00 | 500.00 | 0.00 | OA | 0.00 | FA |
| 14  Independent Distributor for Advocare Products -<br>  Orig. Asset Memo: Orig. Description: Independent Distributor for Advocare Products - this business has earned no net income - pyramid/direct sales marketing; Imported from original petition Doc# 20 | Unknown | 0.00 | | 0.00 | FA |
| 15  Nerium Brand Partner - healthcare - pyramid/dire<br>  Orig. Asset Memo: Orig. Description: Nerium Brand Partner - healthcare - pyramid/direct sales marketing - | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-01298  
**Case Name:** ZABKA, ROBERT KEITH  
ZABKA, DEBRA  
**Period Ending:** 07/30/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 01/16/14 (f)  
**§341(a) Meeting Date:** 02/21/14  
**Claims Bar Date:** 07/25/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | this business has earned no income; Imported from original petition Doc# 20 | | | | | |
| 16 | 28% limited partner interest of YZ Westlake Limi<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest of YZ Westlake Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 17 | 29% limited partner interest YZ Countryview Limi<br>Orig. Asset Memo: Orig. Description: 29% limited partner interest YZ Countryview Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 18 | 28% limited partner interesst in Cornerstone ENT<br>Orig. Asset Memo: Orig. Description: 28% limited partner interesst in Cornerstone ENT, Limited; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 19 | 28% limited partner interest in Tull 1 Limited P<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest in Tull 1 Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 20 | 28% limited partner interest in MS Willow Limite<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest in MS Willow Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 21 | 28% limited partner interest in YZ Hope House Li<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest in YZ Hope House Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 22 | 28% limited partner interest in Alpha Limited Pa<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest in Alpha Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 23 | 28% limited partner interest in YZ South Haven L<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest in YZ South Haven Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 24 | 28% limited partner interest in Omega 1 Limited | Unknown | 0.00 | OA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 14-01298 | **Trustee:** | (330129) Ira Bodenstein |
| **Case Name:** | ZABKA, ROBERT KEITH | **Filed (f) or Converted (c):** | 01/16/14 (f) |
| | ZABKA, DEBRA | **§341(a) Meeting Date:** | 02/21/14 |
| **Period Ending:** | 07/30/15 | **Claims Bar Date:** | 07/25/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Orig. Description: 28% limited partner interest in Omega 1 Limited Partnership; Imported from original petition Doc# 20 |  |  |  |  |  |
| 25 | 28% limited partner interest in YZ Oakview Limit<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest in YZ Oakview Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 26 | 28% limited partner interest in Omega 28 Limited<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest in Omega 28 Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 27 | 49.5% limited partner interest in Brookstone Hos<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in Brookstone Hospitality, LP - owns house in Charleston - guarantors of the mortgage; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 28 | 49.5% limited partner interest in Brookstone Hos<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in Brookstone Hospitality; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 29 | 49.5% limited partner interest in ZFP, LP<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in ZFP, LP; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 30 | 49.5% limited partner interest in ZFP, PL<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in ZFP, PL; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 31 | 49.5% limited partner interest in Antiques, LP<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in Antiques, LP; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 32 | 49.5% limited partner interest in Antiques, LP<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in Antiques, LP; Imported from original | Unknown | 0.00 | OA | 0.00 | FA |

Exhibit A

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 7

**Case Number:** 14-01298
**Case Name:** ZABKA, ROBERT KEITH
ZABKA, DEBRA
**Period Ending:** 07/30/15

**Trustee:** (330129) Ira Bodenstein
**Filed (f) or Converted (c):** 01/16/14 (f)
**§341(a) Meeting Date:** 02/21/14
**Claims Bar Date:** 07/25/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | petition Doc# 20 | | | | | |
| 33 | 49.5% limited partner interest in Worthington Bu<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in Worthington Business Center, LP; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 34 | 49.5% limited partner interest in Worthington Bu<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in Worthington Business Center, LP; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 35 | Claims against Curo Funds, LP, Curo Management,<br>Orig. Asset Memo: Orig. Description: Claims against Curo Funds, LP, Curo Management, LLC, Paul Franklin, Receiver Tom R. Grimmett, Gerrard Cox Larson, Attorneys at Law, and Michael Douglas, involving funds improperly distributed in a Nevada State Court Case.; Imported from original petition Doc# 20 | Unknown | 0.00 | | 10,526.68 | FA |
| 36 | Counterclaims against the United States of Ameri<br>Orig. Asset Memo: Orig. Description: Counterclaims against the United States of America under the Central District of Illinois No. 1:10-cv-01078-MMM-JAG pending -- on appeal at the 7th Circuit.; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 37 | Claims Timothy Bertschy, Receiver and Brian Smit<br>Orig. Asset Memo: Orig. Description: Claims Timothy Bertschy, Receiver and Brian Smith, receiver's attorney for money improperly distributed, and property improperly seized and sold in CDIL Case No. 10-1078; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 38 | Counterclaim filed in USDC US v. Zabka, 10-cv-10<br>Orig. Asset Memo: Orig. Description: Counterclaim filed in USDC US v. Zabka, 10-cv-1078 pending -- on appeal; Imported from original petition Doc# 20; Lien: 1996 - 1999 -- based upon USA motion to lift stay<br>Federal Tax Lien | Unknown | 0.00 | OA | 0.00 | FA |

Exhibit A

Page: 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-01298  
**Case Name:** ZABKA, ROBERT KEITH  
ZABKA, DEBRA  
**Period Ending:** 07/30/15  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 01/16/14 (f)  
**§341(a) Meeting Date:** 02/21/14  
**Claims Bar Date:** 07/25/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | all assets of the debtor per filed tax lien and judgment of USDC CD ILL   USA v. Zabka<br>Value $ X X<br>10-cv-1078<br>Unknown  -  Amount: 1973996.10 | | | | | |
| 39 | Claim against Neal Arntz, Marian Arntz, the Arnt<br>   Orig. Asset Memo: Orig. Description: Claim against Neal Arntz, Marian Arntz, the Arntz Family Limited Partnership, Attorney Paul W. Routt, and Attorney Brian Russell for fraud involving judgments acquired under various Washington State Court Cases and funds improperly distributed under Western District of Washington Bankruptcy No. 05-21731-KAO.; Imported from original petition Doc# 20; Lien: 2012 - 2013 State Income Tax - 2013 amount<br>unknown<br>Value $ 0  -  Amount: 12378.11 | Unknown | 0.00 | OA | 0.00 | FA |
| 40 | Claims against Heyl Royster & Associates, and Br<br>   Orig. Asset Memo: Orig. Description: Claims against Heyl Royster & Associates, and Brian Smith for money improperly distributed in position as receiver and breach of contract under a lease agreement (United States of America may have joint liability under these claims).; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 41 | 2001 Dodge Grand Caravan with 222,000 miles loca<br>   Orig. Asset Memo: Orig. Description: 2001 Dodge Grand Caravan with 222,000 miles located at 5309 West 137th Place, Crestwood, Illinos; Imported from original petition Doc# 20; Exemption: 2001 Dodge Grand Caravan with 222,000 miles located at 5309 West 137th Place, Crestwood, Boats, Motors and Accessories  -  Amount: 2000.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 42 | Three SeaDo Watercrafts 1993, 1995 and 1998 - al<br>   Orig. Asset Memo: Orig. Description: Three SeaDo Watercrafts 1993, 1995 and 1998 - all inoperable located at 18515 Chief Road, Charleston, Illinois; | 400.00 | 0.00 | | 0.00 | FA |

# Form 1

Page: 9

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-01298  
**Case Name:** ZABKA, ROBERT KEITH  
ZABKA, DEBRA  
**Period Ending:** 07/30/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 01/16/14 (f)  
**§341(a) Meeting Date:** 02/21/14  
**Claims Bar Date:** 07/25/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Imported from original petition Doc# 20; Exemption: Three SeaDo Watercrafts 1993, 1995 and 1998 - all inoperable located at 18515 Chief Road, Total: 10,750.00    12,965.00  - Amount: 400.00 | | | | | |
| 43  Judgement against Jae Pak entered 12/ 14 ,2006 f Orig. Asset Memo: Orig. Description: Judgement against Jae Pak entered 12/ 14 ,2006 for $392,120.52 case 05-21731 Bkrtcy WD Washington (SEattle) - collectibility not known (in a related action the debtors obtained a RICO judgment for 3x the above.; Imported from original petition Doc# 20 | 392,120.52 | 0.00 | OA | 0.00 | FA |
| 44  Books, pictures and other art objects  (u) | 150.00 | 150.00 | | 0.00 | FA |
| 45  VA Disability Pension  (u)<br>Exempt | Unknown | Unknown | | 0.00 | FA |
| 45  Assets    Totals (Excluding unknown values) | **$405,235.52** | **$150.00** | | **$10,526.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/20/2015- Review claims  
File TFR

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015      **Current Projected Date Of Final Report (TFR):**   December 31, 2015

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-01298  
**Case Name:** ZABKA, ROBERT KEITH  
ZABKA, DEBRA  
**Taxpayer ID #:** **-***6372  
**Period Ending:** 07/30/15  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/22/14 | {35} | Tom R. Grimmett, Trustee | Distribution in Curo Funds receivership, Case No. A461500 | 1149-000 | 10,526.68 | | 10,526.68 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,516.68 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.62 | 10,502.06 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.11 | 10,485.95 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.58 | 10,470.37 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.55 | 10,456.82 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.04 | 10,439.78 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.01 | 10,424.77 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.99 | 10,410.78 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.97 | 10,394.81 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.94 | 10,379.87 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.43 | 10,365.44 |
| | | | **ACCOUNT TOTALS** | | 10,526.68 | 161.24 | **$10,365.44** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,526.68 | 161.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,526.68** | **$161.24** | |

{} Asset reference(s)                                                                                          Printed: 07/30/2015 02:47 PM    V.13.23

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 14-01298 | | **Trustee:** | Ira Bodenstein (330129) |
|---|---|---|---|---|
| **Case Name:** | ZABKA, ROBERT KEITH | | **Bank Name:** | Rabobank, N.A. |
| | ZABKA, DEBRA | | **Account:** | ******2867 - Earnest Money Account |
| **Taxpayer ID #:** | **-***6372 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 07/30/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2866** | 10,526.68 | 161.24 | 10,365.44 |
| **Checking # ******2867** | 0.00 | 0.00 | 0.00 |
| | $10,526.68 | $161.24 | $10,365.44 |

{} Asset reference(s)   Printed: 07/30/2015 02:47 PM  V.13.23

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 25, 2014

**Case Number:** 14-01298  
**Debtor Name:** ZABKA, ROBERT KEITH

Page: 1

**Date:** July 30, 2015  
**Time:** 02:47:57 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,802.67 | $0.00 | 1,802.67 |
| 1P<br>570 | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $10,934.77 | $0.00 | 10,934.77 |
| 2P<br>570 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Priority | | $56,710.87 | $0.00 | 56,710.87 |
| 2S<br>100 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Secured | Secured by property not administered | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Nathan Strup Trial Attorney<br>PO Box 55, Ben Franklin Station<br>US DOJ, Tax Division<br>Washington, DC 20044 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Illinois Department of Revenue Bankruptcy<br>Department<br>100 West Randolph, Level 7-Room 425<br>Chicago, IL 60601 | Secured | | $0.00 | $0.00 | 0.00 |
| 1U<br>610 | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $1,468.80 | $0.00 | 1,468.80 |
| 2U<br>610 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Unsecured | | $9,153.83 | $0.00 | 9,153.83 |
| 3<br>610 | Prairie State Bank & Trust<br>Mariann Pogge, attorney for Creditor<br>3300 Hedley Road<br>Springfield, IL 62711 | Unsecured | XXXXXXXXXXXX2046 | $121,260.20 | $0.00 | 121,260.20 |
| 4<br>610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | XXXXXXXX2952 | $404.98 | $0.00 | 404.98 |
| 5<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602 | Unsecured | XXXXXXXX7229 | $8,511.41 | $0.00 | 8,511.41 |
| 6<br>610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | XXXXXXXX0064 | $3,823.33 | $0.00 | 3,823.33 |

# **E X H I B I T   C**
## **ANALYSIS OF CLAIMS REGISTER**

**Claims Bar Date:** July 25, 2014

**Case Number:** 14-01298  
**Debtor Name:** ZABKA, ROBERT KEITH

Page: 2

**Date:** July 30, 2015  
**Time:** 02:47:57 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | XXXXXXXX0286 | $403.14 | $0.00 | 403.14 |
| NOTFILED 610 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXX2059 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | DUNAMIS LLC<br>18302 CHIEF ROAD<br>Charleston, IL 61920 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Post Office Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXX1423 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXX9002 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182686<br>Columbus, OH 43218 | Unsecured | XXXXX XXXX6803 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Keith Bliss and Betty Jones Bliss<br>18421 Chief Road<br>Charleston, IL 61920 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Tim and Patty Yow<br>501<br>Charleston, IL 61920 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | ZFP LP<br>18302 CHIEF RD<br>Charleston, IL 61920 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Majorca LLC<br>501 Hickory Lane<br>Charleston, IL 61920 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Milestone Midwest LLC<br>18302 Chief Road<br>Charleston, IL 61920 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Post Office Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXX1395 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Living Waters LLC<br>18302 Chief Road<br>Charleston, IL 61920 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Antiques LP<br>18302 Chief road<br>Charleston, IL 61920 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 25, 2014

**Case Number:** 14-01298　　　　　　　　　　　　　Page: 3　　　　　　　　　　　**Date:** July 30, 2015
**Debtor Name:** ZABKA, ROBERT KEITH　　　　　　　　　　　　　　　　　　　　**Time:** 02:47:57 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| NOTFILED 610 | American Express<br>Post office Box 297871<br>Fort Lauderdale, FL 33329 | Unsecured | XXXXXXXXXXXXX1623 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | BROOKSTONEHOSSPITALITY LP<br>18302 CHIEF ROAD<br>Charleston, IL 61920 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | CAMM, LLC<br>18421 Chief Road<br>Charleston, IL 61920 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Attorney Paul R. Tom<br>2727 East 21st Street<br>Suite 604<br>Tulsa, OK 74114 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cb/carson<br>3100 Easton Square Pl<br>Columbus, OH 43219 | Unsecured | XXXXXXXXXXXX6113 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 214,474.00 | 0.00 | 214,474.00 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                    Exhibit D

Case No.: 14-01298
Case Name: ZABKA, ROBERT KEITH
Trustee Name: Ira Bodenstein

**Balance on hand:**                                                   $      10,365.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors:  $         0.00
Remaining balance:                      $    10,365.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,802.67 | 0.00 | 1,802.67 |

Total to be paid for chapter 7 administration expenses:  $     1,802.67
Remaining balance:                                       $     8,562.77

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:                                            $     8,562.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $67,645.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 10,934.77 | 0.00 | 1,384.15 |
| 2P | Internal Revenue Service | 56,710.87 | 0.00 | 7,178.62 |

Total to be paid for priority claims:  $     8,562.77
Remaining balance:                     $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 145,025.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Illinois Department of Revenue | 1,468.80 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 9,153.83 | 0.00 | 0.00 |
| 3 | Prairie State Bank & Trust | 121,260.20 | 0.00 | 0.00 |
| 4 | Synchrony Bank | 404.98 | 0.00 | 0.00 |
| 5 | PYOD, LLC its successors and assigns as assignee | 8,511.41 | 0.00 | 0.00 |
| 6 | Synchrony Bank | 3,823.33 | 0.00 | 0.00 |
| 7 | Synchrony Bank | 403.14 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $           0.00
Remaining balance:   $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $           0.00
Remaining balance:   $           0.00

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**     0.00
Remaining balance:     $     0.00

**UST Form 101-7-TFR (05/1/2011)**