| | | |
|---|---|---|
| Ira Bodenstein<br>Shaw Fishman<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654<br>(312) 666-2861<br>Chapter 7 Trustee | The Honorable:<br>Chapter 7<br><br>Hearing Date:<br>Hearing Time: | EUGENE R. WEDOFF<br><br><br>08/26/2015<br>10:00 am |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:   ZABKA, ROBERT KEITH       §   Case No. 14-01298
         ZABKA, DEBRA              §
                                   §
Debtor(s)                          §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee has filed a final fee application, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 08/26/2015 in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/31/2015        By:   Ira Bodenstein
                                     Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861
**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | EUGENE R. WEDOFF |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL 60654 | Hearing Date: | / / |
| (312) 666-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ZABKA, ROBERT KEITH § Case No. 14-01298
    ZABKA, DEBRA §
                                    §
Debtor(s)                           §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 10,526.68 |
| *and approved disbursements of* | $ | 161.24 |
| *leaving a balance on hand of* [1] | $ | 10,365.44 |
| **Balance on hand:** | $ | 10,365.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

|  |  |  |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 10,365.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,802.67 | 0.00 | 1,802.67 |

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 1,802.67 |
| Remaining balance: | $ | 8,562.77 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,562.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $67,645.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 10,934.77 | 0.00 | 1,384.15 |
| 2P | Internal Revenue Service | 56,710.87 | 0.00 | 7,178.62 |

Total to be paid for priority claims: $ 8,562.77
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 145,025.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 1,468.80 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 9,153.83 | 0.00 | 0.00 |
| 3 | Prairie State Bank & Trust | 121,260.20 | 0.00 | 0.00 |
| 4 | Synchrony Bank | 404.98 | 0.00 | 0.00 |
| 5 | PYOD, LLC its successors and assigns as assignee | 8,511.41 | 0.00 | 0.00 |
| 6 | Synchrony Bank | 3,823.33 | 0.00 | 0.00 |
| 7 | Synchrony Bank | 403.14 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-01298-ERW
Robert Keith Zabka                                                  Chapter 7
Debra Zabka
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez             Page 1 of 2              Date Rcvd: Aug 04, 2015
                              Form ID: pdf006           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2015.
```
db/jdb        +Robert Keith Zabka,   Debra Zabka,   5309 W. 137th Place,   Crestwood, IL 60445-1523
21645225      +American Express,   Post office Box 297871,   Fort Lauderdale, FL 33329-7871
21423057      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
21645226      +Antiques LP,   18302 Chief road,   Charleston, IL 61920-8212
21645227      +Attorney Paul R. Tom,   2727 East 21st Street,   Suite 604,   Tulsa, OK 74114-3537
21645228      +BROOKSTONEHOSSPITALITY LP,   18302 CHIEF ROAD,   Charleston, IL 61920-8212
21645246      +Brookstone Hospitality, LP,   18302 Chief Road,   Charleston, IL 61920-8212
21645229      +CAMM, LLC,   18421 Chief Road,   Charleston, IL 61920-8218
21645230      +Cb/carson,   3100 Easton Square Pl,   Columbus, OH 43219-6232
21423058      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
21423059      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
21645232       Citi Cards,   Post office Box 15298,   Sioux Falls, SD 57117
21645233      +Comenity Bank/Lane Bryant,   Attn: Bankruptcy,   Po Box 182686,   Columbus, OH 43218-2686
21645234      +DUNAMIS LLC,   18302 CHIEF ROAD,   Charleston, IL 61920-8212
21645235      +Gecrb/Paypal Extras Mc interest,   Post office Box 965005,   Orlando, FL 32896-5005
21645239      +Keith Bliss and Betty Jones Bliss,   18421 Chief Road,   Charleston, IL 61920-8218
21645240      +Living Waters LLC,   18302 Chief Road,   Charleston, IL 61920-8212
21645241      +Majorca LLC,   501 Hickory Lane,   Charleston, IL 61920-4421
21645242      +Milestone Midwest LLC,   18302 Chief Road,   Charleston, IL 61920-8212
21645134      +Nathan Strup Trial Attorney,   PO Box 55, Ben Franklin Station,   US DOJ, Tax Division,
                Washington, DC 20044-0055
22146494      +Prairie State Bank & Trust,   Mariann Pogge, attorney for Creditor,   3300 Hedley Road,
                Springfield, IL 62711-6384
21423065      +Prairie State Bank And Trust,   340 Main St,   Mt Zion, IL 62549-1321
21645243      +Prairie State Bank and Trust,   340 Main Street,   Mount Zion, IL 62549-1321
21645244       Tim and Patty Yow,   501,   Charleston, IL 61920
21645245      +ZFP LP,   18302 CHIEF RD,   Charleston, IL 61920-8212
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21645237      +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2015 01:42:57      GECRB/Tjx Cos Cc,
                Post Office Box 965005,   Orlando, FL 32896-5005
21423060      +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2015 01:43:10      Gecrb/Paypal Extras Mc,
                Po Box 965005,   Orlando, FL 32896-5005
21423061      +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2015 01:42:56      Gecrb/Sams Club,   Po Box 965005,
                Orlando, FL 32896-5005
21423062      +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2015 01:43:10      Gecrb/Tjx Cos Dc,   Po Box 965005,
                Orlando, FL 32896-5005
21645132       E-mail/Text: rev.bankruptcy@illinois.gov Aug 05 2015 01:37:41
                Illinois Department of Revenue,   P.O. Box 64338,   Chicago, IL 60664-0338
21423063       E-mail/Text: rev.bankruptcy@illinois.gov Aug 05 2015 01:37:40
                Illinois Department of Revenue,   C/O Bankruptcy Department,
                100 West Randolph, Level 7 Rm 425,   Chicago, IL 60601
21645133       E-mail/Text: rev.bankruptcy@illinois.gov Aug 05 2015 01:37:40
                Illinois Department of Revenue,   Bankruptcy Department,   100 West Randolph, Level 7-Room 425,
                Chicago, IL 60601
21423064      +E-mail/Text: cio.bncmail@irs.gov Aug 05 2015 01:36:55      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
22180299      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 05 2015 01:43:01
                PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
22180074       E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2015 01:43:10      Synchrony Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21645231*     +Chase,   Post Office Box 15298,   Wilmington, DE 19850-5298
21645236*     +GECRB/Sams Club,   Post Office Box 965005,   Orlando, FL 32896-5005
21645238*      Illinois Department of Revenue,   Bankruptcy Department,   100 West Randolph, Level 7-Room 425,
                Chicago, IL 60601
21645247*     +Prairie State Bank and Trust,   340 Main Street,   Mount Zion, IL 62549-1321
22962802*     +United States of America,   Caroline D Ciraolo,   U.S. Department of Justice,   P.O. Box 55,
                Washington, D.C 20044-0055
                                                                                       TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: bchavez              Page 2 of 2                  Date Rcvd: Aug 04, 2015
                              Form ID: pdf006            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2015 at the address(es) listed below:
              Brian M Smith    on behalf of Other Prof. Timothy L Bertschy bsmith@heylroyster.com
              Dean C Harvalis     on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               constantine.harvalis@usdoj.gov
              Ira  Bodenstein     on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              Ira  Bodenstein     iratrustee@shawfishman.com,  IL29@ecfcbis.com;cowens@shawfishman.com
              Nathan L Strup    on behalf of Creditor    United States Of America nathan.strup@usdoj.gov,
               Northern.Taxcivil@USDOJ.gov
              Patrick B Gushue    on behalf of Creditor    United States Of America patrick.b.gushue@usdoj.gov,
               northern.taxcivil@usdoj.gov
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy L Bertschy    on behalf of Other Prof. Timothy L Bertschy tbertschy@heylroyster.com,
               lconley@heylroyster.com;dmiller@heylroyster.com;peoctdocket@heylroyster.com;chiecf@heylroyster.co
               m
                                                                                             TOTAL: 8
```