# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ZABKA, ROBERT KEITH § Case No. 14-01298
     ZABKA, DEBRA §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $405,235.52 | Assets Exempt: $10,750.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $8,562.77 | Claims Discharged Without Payment: $296,511.19 |
| Total Expenses of Administration: $1,963.91 | |

    3) Total gross receipts of $ 10,526.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,526.68 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,986,374.21 | $2,919,407.47 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,963.91 | 1,963.91 | 1,963.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 62,201.17 | 67,645.64 | 67,645.64 | 8,562.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 225,800.63 | 145,025.69 | 145,025.69 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$2,274,376.01** | **$3,134,042.71** | **$214,635.24** | **$10,526.68** |

   4) This case was originally filed under Chapter 7 on January 16, 2014. The case was pending for 21 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/05/2015          By: /s/Ira Bodenstein
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Claims against Curo Funds, LP, Curo Management, | 1149-000 | 10,526.68 |
| **TOTAL GROSS RECEIPTS** | | **$10,526.68** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Internal Revenue Service | 4300-000 | 1,973,996.10 | 2,919,407.47 | 0.00 | 0.00 |
| NOTFILED | Nathan Strup Trial Attorney | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 4110-000 | 12,378.11 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue Bankruptcy | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,986,374.21** | **$2,919,407.47** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,802.67 | 1,802.67 | 1,802.67 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 14.62 | 14.62 | 14.62 |
| Rabobank, N.A. | 2600-000 | N/A | 16.11 | 16.11 | 16.11 |
| Rabobank, N.A. | 2600-000 | N/A | 15.58 | 15.58 | 15.58 |
| Rabobank, N.A. | 2600-000 | N/A | 13.55 | 13.55 | 13.55 |
| Rabobank, N.A. | 2600-000 | N/A | 17.04 | 17.04 | 17.04 |
| Rabobank, N.A. | 2600-000 | N/A | 15.01 | 15.01 | 15.01 |
| Rabobank, N.A. | 2600-000 | N/A | 13.99 | 13.99 | 13.99 |
| Rabobank, N.A. | 2600-000 | N/A | 15.97 | 15.97 | 15.97 |
| Rabobank, N.A. | 2600-000 | N/A | 14.94 | 14.94 | 14.94 |
| Rabobank, N.A. | 2600-000 | N/A | 14.43 | 14.43 | 14.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,963.91 | $1,963.91 | $1,963.91 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 5800-000 | 12,378.11 | 10,934.77 | 10,934.77 | 1,384.15 |
| 2P | Internal Revenue Service | 5800-000 | 49,823.06 | 56,710.87 | 56,710.87 | 7,178.62 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $62,201.17 | $67,645.64 | $67,645.64 | $8,562.77 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 7100-000 | unknown | 1,468.80 | 1,468.80 | 0.00 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 9,153.83 | 9,153.83 | 0.00 |
| 3 | Prairie State Bank & Trust | 7100-000 | 120,349.00 | 121,260.20 | 121,260.20 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Synchrony Bank | 7100-000 | 397.00 | 404.98 | 404.98 | 0.00 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 8,543.00 | 8,511.41 | 8,511.41 | 0.00 |
| 6 | Synchrony Bank | 7100-000 | 3,740.00 | 3,823.33 | 3,823.33 | 0.00 |
| 7 | Synchrony Bank | 7100-000 | 369.00 | 403.14 | 403.14 | 0.00 |
| NOTFILED | Chase | 7100-000 | 9,832.00 | N/A | N/A | 0.00 |
| NOTFILED | DUNAMIS LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 34,785.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,868.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Lane Bryant | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Keith Bliss and Betty Jones Bliss | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Tim and Patty Yow | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ZFP LP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Majorca LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Milestone Midwest LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 18,119.00 | N/A | N/A | 0.00 |
| NOTFILED | Living Waters LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Antiques LP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 1,484.00 | N/A | N/A | 0.00 |
| NOTFILED | BROOKSTONEHOSSPITALITY LP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CAMM, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Attorney Paul R. Tom | 7100-000 | 24,296.63 | N/A | N/A | 0.00 |
| NOTFILED | Cb/carson | 7100-000 | 18.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$225,800.63** | **$145,025.69** | **$145,025.69** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-01298  
**Case Name:** ZABKA, ROBERT KEITH  
ZABKA, DEBRA  
**Period Ending:** 10/05/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 01/16/14 (f)  
**§341(a) Meeting Date:** 02/21/14  
**Claims Bar Date:** 07/25/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  The US District Court, apparently have an equita<br>  Orig. Asset Memo: Orig. Description: The US District Court, apparently have an equitable, legal or future interest from ownership, interest in real estate held in Limited partnerships of limited partnership, in which Debtors have an interest. That ruling is on interest, appeal in the Seventh Circuit. Such interest, if any, are subject to the partnership agreements and/or, the operating agreements for each such, partnership. Such interests may also be subject to, the cliams of the Untied States as per judgments in, case 10-cv-1078 pending in the Central District of, Illinois. These partnerships are listed in Exhibit 1, attached hereto which lists the real estate, if any, owned by such partnership. Such partnerships are, also listed in Exhibit 3 which is the debtors', response to SOFA qustion #18. Such answers and, exhibits are incorporated herein by this reference.; Imported from original petition Doc# 20 | Unknown | 0.00 | | 0.00 | FA |
| 2  one week time share interest in Colorado, Stream<br>  Orig. Asset Memo: Orig. Description: one week time share interest in Colorado, Streamside at Vail; owned jointly with Timothy Yow, (purchased in 1992 for $7500); Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 3  Texas time share -- 1 week.The Lodge", Bay, Texa<br>  Orig. Asset Memo: Orig. Description: Texas time share -- 1 week.The Lodge", Bay, Texas; unit 104,; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 4  Cash on Hand with Husband<br>  Orig. Asset Memo: Orig. Description: Cash on Hand with Husband; Imported from original petition Doc# 20; Exemption: Cash on Hand with Husband - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 5  Cash on Hand with Wife<br>  Orig. Asset Memo: Orig. Description: Cash on Hand with Wife; Imported from original petition Doc# 20; Exemption: Cash on Hand with Wife - Amount: | 100.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-01298
**Case Name:** ZABKA, ROBERT KEITH
ZABKA, DEBRA
**Period Ending:** 10/05/15

**Trustee:** (330129) Ira Bodenstein
**Filed (f) or Converted (c):** 01/16/14 (f)
**§341(a) Meeting Date:** 02/21/14
**Claims Bar Date:** 07/25/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 100.00 | | | | | |
| 6  Checking Account at First Federal Savings & Loan<br>  Orig. Asset Memo: Orig. Description: Checking Account at First Federal Savings & Loan/800 West Lincoln Avenue/Charleston, IL 61920; Imported from original petition Doc# 20; Exemption: Checking Account at First Federal Savings & 61920  -  Amount: 55.00 | 55.00 | 0.00 | | 0.00 | FA |
| 7  Checking Account at Bank of America/ 13101 Cicer<br>  Orig. Asset Memo: Orig. Description: Checking Account at Bank of America/ 13101 Cicero Ave.,Crestwood IL; Imported from original petition Doc# 20; Exemption: Checking Account at Bank of America/ 13101 Household Goods and Furnishings  -  Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 8  Miscellaneous Household Goods and Furnishings in<br>  Orig. Asset Memo: Orig. Description: Miscellaneous Household Goods and Furnishings including three couches, one bookcase, three ottomans, four chairs, three tables, one lamp, one television, one stereo, one VCR/DVD, three plant stands, three artificial plants, one dining room table and eight chairs, one lamp, two china closets, nic nacs, silverware, one plant stand, one lamp table, one chest, one set of glasses, three beds, one rollaway bed, four chairs, one dresser, three chests, two desks, five mirrors, four lamps, four bedside stands, four televisions, three VCR/DVDs, tanning bed, three folding table, miscellaneous, one kitchen table and six chairs, two microwaves, two refrigerators, one deep freezer, one washing machine, one dryer, one stove, one set of dishes, one set of cookware, one TV and DVD and stand, one desk, one bookshelf, one plant stand, one computer, one radio, two bookcases, two chairs, one game table, two sewing machines, two vacuums, one iron, one copy machine, one set of tools, one lawn mower, one espresso maker, five pieces of luggage, four file | 7,800.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 14-01298 | **Trustee:** (330129) | Ira Bodenstein |
| **Case Name:** ZABKA, ROBERT KEITH | **Filed (f) or Converted (c):** 01/16/14 (f) | |
| ZABKA, DEBRA | **§341(a) Meeting Date:** 02/21/14 | |
| **Period Ending:** 10/05/15 | **Claims Bar Date:** 07/25/14 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| cabinets, three wood cabinets, one black cabinet, five mirrors, one cookbook, two cell phones located at 18302 Chief Road/Charleston, IL 61920 located at 5309 West 137th Place/Crestwood, IL 60445; Imported from original petition Doc# 20; Exemption: Miscellaneous Household Goods and Furnishings including three couches, one bookcase, three ottomans, four chairs, three tables, one lamp, one television, one stereo, one VCR/DVD, three plant stands, three artificial plants, one dining room table and eight chairs, one lamp, two china closets, nic nacs, silverware, one plant stand, one lamp table, one chest, one set of glasses, three beds, one rollaway bed, four chairs, one dresser, three chests, two desks, five mirrors, four lamps, four bedside stands, four televisions, three VCR/DVDs, tanning bed, three folding table, miscellaneous, one kitchen table and six chairs, two microwaves, two refrigerators, one deep freezer, one washing machine, one dryer, one stove, one set of dishes, one set of cookware, one TV and DVD and stand, one desk, one bookshelf, one plant stand, one computer, one radio, two bookcases, two chairs, one game table, two sewing machines, two vacuums, one iron, one copy machine, one set of tools, one lawn mower, one espresso maker, five pieces of luggage, four file cabinets, three wood cabinets, one black cabinet, five mirrors, one cookbook, two cell phones located at 18302 Chief Road/Charleston, IL 61920 located at 5309 West 137th Place/Crestwood, IL 60445 - Amount: 5585.00 | | | | | |
| 9  Miscellaneous Wearing Apparel and accessories fo Orig. Asset Memo: Orig. Description: Miscellaneous Wearing Apparel and accessories for one male adult and one female adult located at 5309 West 137th Place, Crestwood, Illinois.; Imported from original petition Doc# 20; Exemption: Miscellaneous Wearing Apparel and accessories for one male adult and one female adult located at 5309 West 137th Place, Furs | 750.00 | 0.00 | | 0.00 | FA |

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-01298  
**Case Name:** ZABKA, ROBERT KEITH  
ZABKA, DEBRA  
**Period Ending:** 10/05/15  

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 01/16/14 (f)  
**§341(a) Meeting Date:** 02/21/14  
**Claims Bar Date:** 07/25/14  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | and Jewelry - Amount: 750.00 | | | | |
| 10 | Miscellaneous Costume jewelry located at 18515 C<br>    Orig. Asset Memo: Orig. Description: Miscellaneous Costume jewelry located at 18515 Chief Road, Charleston, Illinois; Imported from original petition Doc# 20; Exemption: Miscellaneous Costume jewelry located at 18515 Chief Road, Charleston, Illinois Firearms and Sports, Photographic and Other Hobby Equipment - Amount: 650.00 | 650.00 | 0.00 | | 0.00 | FA |
| 11 | 1 12 Guage pump shotgun, one crossbow and 1 .22<br>    Orig. Asset Memo: Orig. Description: 1 12 Guage pump shotgun, one crossbow and 1 .22 bolt action rifle, two bikes and one camera located at 18515 Chief Road, Charleston, Illinois; Imported from original petition Doc# 20; Exemption: 1 12 Guage pump shotgun, one crossbow and 1 .22 bolt action rifle, two bikes and one camera located at 18515 Chief Road, Charleston, Illinois - Amount: 410.00 | 410.00 | 0.00 | | 0.00 | FA |
| 12 | Term Life Insurance Policy - wife is beneficiary<br>    Orig. Asset Memo: Orig. Description: Term Life Insurance Policy - wife is beneficiary; death benefit $500,000; NCV; Phoenix Life Insurance; Imported from original petition Doc# 20 | Unknown | 0.00 | | 0.00 | FA |
| 13 | 500 shares of Mile Stones Midwest, Inc.<br>    Orig. Asset Memo: Orig. Description: 500 shares of Mile Stones Midwest, Inc.; Imported from original petition Doc# 20; Exemption: 500 shares of Mile Stones Midwest, Inc. - Amount: 500.00 | 500.00 | 0.00 | OA | 0.00 | FA |
| 14 | Independent Distributor for Advocare Products -<br>    Orig. Asset Memo: Orig. Description: Independent Distributor for Advocare Products - this business has earned no net income - pyramid/direct sales marketing; Imported from original petition Doc# 20 | Unknown | 0.00 | | 0.00 | FA |
| 15 | Nerium Brand Partner - healthcare - pyramid/dire<br>    Orig. Asset Memo: Orig. Description: Nerium Brand Partner - healthcare - pyramid/direct sales marketing - | Unknown | 0.00 | | 0.00 | FA |

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-01298  
**Case Name:** ZABKA, ROBERT KEITH  
ZABKA, DEBRA  
**Period Ending:** 10/05/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 01/16/14 (f)  
**§341(a) Meeting Date:** 02/21/14  
**Claims Bar Date:** 07/25/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | this business has earned no income; Imported from original petition Doc# 20 | | | | | |
| 16 | 28% limited partner interest of YZ Westlake Limi<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest of YZ Westlake Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 17 | 29% limited partner interest YZ Countryview Limi<br>Orig. Asset Memo: Orig. Description: 29% limited partner interest YZ Countryview Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 18 | 28% limited partner interesst in Cornerstone ENT<br>Orig. Asset Memo: Orig. Description: 28% limited partner interesst in Cornerstone ENT, Limited; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 19 | 28% limited partner interest in Tull 1 Limited P<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest in Tull 1 Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 20 | 28% limited partner interest in MS Willow Limite<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest in MS Willow Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 21 | 28% limited partner interest in YZ Hope House Li<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest in YZ Hope House Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 22 | 28% limited partner interest in Alpha Limited Pa<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest in Alpha Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 23 | 28% limited partner interest in YZ South Haven L<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest in YZ South Haven Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 24 | 28% limited partner interest in Omega 1 Limited | Unknown | 0.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-01298  
**Case Name:** ZABKA, ROBERT KEITH  
ZABKA, DEBRA  
**Period Ending:** 10/05/15

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 01/16/14 (f)  
**§341(a) Meeting Date:** 02/21/14  
**Claims Bar Date:** 07/25/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Orig. Description: 28% limited partner interest in Omega 1 Limited Partnership; Imported from original petition Doc# 20 |  |  |  |  |  |
| 25 | 28% limited partner interest in YZ Oakview Limit<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest in YZ Oakview Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 26 | 28% limited partner interest in Omega 28 Limited<br>Orig. Asset Memo: Orig. Description: 28% limited partner interest in Omega 28 Limited Partnership; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 27 | 49.5% limited partner interest in Brookstone Hos<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in Brookstone Hospitality, LP - owns house in Charleston - guarantors of the mortgage; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 28 | 49.5% limited partner interest in Brookstone Hos<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in Brookstone Hospitality; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 29 | 49.5% limited partner interest in ZFP, LP<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in ZFP, LP; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 30 | 49.5% limited partner interest in ZFP, PL<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in ZFP, PL; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 31 | 49.5% limited partner interest in Antiques, LP<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in Antiques, LP; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 32 | 49.5% limited partner interest in Antiques, LP<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in Antiques, LP; Imported from original | Unknown | 0.00 | OA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 14-01298 | **Trustee:** (330129) Ira Bodenstein | |
| **Case Name:** ZABKA, ROBERT KEITH | **Filed (f) or Converted (c):** 01/16/14 (f) | |
| ZABKA, DEBRA | **§341(a) Meeting Date:** 02/21/14 | |
| **Period Ending:** 10/05/15 | **Claims Bar Date:** 07/25/14 | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| petition Doc# 20 | | | | | |
| 33 | 49.5% limited partner interest in Worthington Bu<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in Worthington Business Center, LP; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 34 | 49.5% limited partner interest in Worthington Bu<br>Orig. Asset Memo: Orig. Description: 49.5% limited partner interest in Worthington Business Center, LP; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 35 | Claims against Curo Funds, LP, Curo Management,<br>Orig. Asset Memo: Orig. Description: Claims against Curo Funds, LP, Curo Management, LLC, Paul Franklin, Receiver Tom R. Grimmett, Gerrard Cox Larson, Attorneys at Law, and Michael Douglas, involving funds improperly distributed in a Nevada State Court Case.; Imported from original petition Doc# 20 | Unknown | 0.00 | | 10,526.68 | FA |
| 36 | Counterclaims against the United States of Ameri<br>Orig. Asset Memo: Orig. Description: Counterclaims against the United States of America under the Central District of Illinois No. 1:10-cv-01078-MMM-JAG pending -- on appeal at the 7th Circuit.; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 37 | Claims Timothy Bertschy, Receiver and Brian Smit<br>Orig. Asset Memo: Orig. Description: Claims Timothy Bertschy, Receiver and Brian Smith, receiver's attorney for money improperly distributed, and property improperly seized and sold in CDIL Case No. 10-1078; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 38 | Counterclaim filed in USDC US v. Zabka, 10-cv-10<br>Orig. Asset Memo: Orig. Description: Counterclaim filed in USDC US v. Zabka, 10-cv-1078 pending -- on appeal; Imported from original petition Doc# 20; Lien: 1996 - 1999 -- based upon USA motion to lift stay<br>Federal Tax Lien | Unknown | 0.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-01298  
**Case Name:** ZABKA, ROBERT KEITH  
ZABKA, DEBRA  
**Period Ending:** 10/05/15

**Trustee:**   (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 01/16/14 (f)  
**§341(a) Meeting Date:** 02/21/14  
**Claims Bar Date:** 07/25/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | all assets of the debtor per filed tax lien and judgment of USDC CD ILL   USA v. Zabka<br>Value $ X X<br>10-cv-1078<br>Unknown  -  Amount: 1973996.10 | | | | | |
| 39 | Claim against Neal Arntz, Marian Arntz, the Arnt<br>   Orig. Asset Memo: Orig. Description: Claim against Neal Arntz, Marian Arntz, the Arntz Family Limited Partnership, Attorney Paul W. Routt, and Attorney Brian Russell for fraud involving judgments acquired under various Washington State Court Cases and funds improperly distributed under Western District of Washington Bankruptcy No. 05-21731-KAO.; Imported from original petition Doc# 20; Lien: 2012 - 2013 State Income Tax - 2013 amount<br>unknown<br>Value $ 0  -  Amount: 12378.11 | Unknown | 0.00 | OA | 0.00 | FA |
| 40 | Claims against Heyl Royster & Associates, and Br<br>   Orig. Asset Memo: Orig. Description: Claims against Heyl Royster & Associates, and Brian Smith for money improperly distributed in position as receiver and breach of contract under a lease agreement (United States of America may have joint liability under these claims).; Imported from original petition Doc# 20 | Unknown | 0.00 | OA | 0.00 | FA |
| 41 | 2001 Dodge Grand Caravan with 222,000 miles loca<br>   Orig. Asset Memo: Orig. Description: 2001 Dodge Grand Caravan with 222,000 miles located at 5309 West 137th Place, Crestwood, Illinos; Imported from original petition Doc# 20; Exemption: 2001 Dodge Grand Caravan with 222,000 miles located at 5309 West 137th Place, Crestwood, Boats, Motors and Accessories  -  Amount: 2000.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 42 | Three SeaDo Watercrafts 1993, 1995 and 1998 - al<br>   Orig. Asset Memo: Orig. Description: Three SeaDo Watercrafts 1993, 1995 and 1998 - all inoperable located at 18515 Chief Road, Charleston, Illinois; | 400.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 9

**Case Number:** 14-01298  
**Case Name:** ZABKA, ROBERT KEITH  
ZABKA, DEBRA  
**Period Ending:** 10/05/15

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 01/16/14 (f)  
**§341(a) Meeting Date:** 02/21/14  
**Claims Bar Date:** 07/25/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 20; Exemption: Three SeaDo Watercrafts 1993, 1995 and 1998 - all inoperable located at 18515 Chief Road, Total: 10,750.00   12,965.00  - Amount: 400.00 | | | | | |
| 43 | Judgement against Jae Pak entered 12/ 14 ,2006 f   Orig. Asset Memo: Orig. Description: Judgement against Jae Pak entered 12/ 14 ,2006 for $392,120.52 case 05-21731 Bkrtcy WD Washington (SEattle) - collectibility not known (in a related action the debtors obtained a RICO judgment for 3x the above.; Imported from original petition Doc# 20 | 392,120.52 | 0.00 | OA | 0.00 | FA |
| 44 | Books, pictures and other art objects  (u) | 150.00 | 150.00 | | 0.00 | FA |
| 45 | VA Disability Pension  (u)<br>Exempt | Unknown | Unknown | | 0.00 | FA |
| 45 | **Assets   Totals** (Excluding unknown values) | **$405,235.52** | **$150.00** | | **$10,526.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/20/2015- Review claims  
File TFR

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015   **Current Projected Date Of Final Report (TFR):**   December 31, 2015

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-01298  
**Case Name:** ZABKA, ROBERT KEITH  
ZABKA, DEBRA  
**Taxpayer ID #:** **-***6372  
**Period Ending:** 10/05/15

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2866 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/22/14 | {35} | Tom R. Grimmett, Trustee | Distribution in Curo Funds receivership, Case No. A461500 | 1149-000 | 10,526.68 | | 10,526.68 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,516.68 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.62 | 10,502.06 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.11 | 10,485.95 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.58 | 10,470.37 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.55 | 10,456.82 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.04 | 10,439.78 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.01 | 10,424.77 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.99 | 10,410.78 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.97 | 10,394.81 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.94 | 10,379.87 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.43 | 10,365.44 |
| 08/27/15 | 101 | Ira Bodenstein | Final trustee compensation 10852-001 | 2100-000 | | 1,802.67 | 8,562.77 |
| 08/27/15 | 102 | Illinois Department of Revenue | Zabka 14-01298 final distribution | 5800-000 | | 1,384.15 | 7,178.62 |
| 08/27/15 | 103 | Internal Revenue Service | Zabka 14-01298 final distribution | 5800-000 | | 7,178.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,526.68 | 10,526.68 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,526.68 | 10,526.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,526.68** | **$10,526.68** | |

{} Asset reference(s)

Printed: 10/05/2015 05:04 PM   V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-01298 | **Trustee:** Ira Bodenstein (330129) |
| **Case Name:** ZABKA, ROBERT KEITH | **Bank Name:** Rabobank, N.A. |
| ZABKA, DEBRA | **Account:** ******2867 - Earnest Money Account |
| **Taxpayer ID #:** **-***6372 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 10/05/15 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2866** | 10,526.68 | 10,526.68 | 0.00 |
| **Checking # ******2867** | 0.00 | 0.00 | 0.00 |
| | $10,526.68 | $10,526.68 | $0.00 |

{} Asset reference(s)                                                                 Printed: 10/05/2015 05:04 PM    V.13.25